**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-01832-SEP |
| | ) | |
| ERDCC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion.  Self-represented Plaintiff filed this prisoner civil rights action under 42 U.S.C. § 1983 on December 17, 2020.  However, Plaintiff neither paid the $400 court filing fee nor filed a motion to proceed *in forma pauperis* (or without prepayment of fees or costs), along with a certified copy of his account statement.  *See* 28 U.S.C. § 1915(a).  As such, the Court will allow Plaintiff twenty-one (21) days to either pay the full filing fee or file his motion to proceed *in forma pauperis* and account statement.  His failure to do so in a timely manner will result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to Plaintiff a copy of the motion to proceed *in forma pauperis* form for prisoners.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $400 filing fee **or** submit a motion to proceed *in forma pauperis* within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his prison account statement for the six-month period preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.  If the case is dismissed for non-compliance with this Order, the dismissal will **not** count as a "strike" under 28 U.S.C. § 1915(g).

Dated this 30th day of December, 2020.

_Sarah E. Pitlyk_
_____

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE